# United States Bankruptcy Court

Trenton    District of New Jersey

IN RE: Arthur Richard Stout Jr.

132 West Welling Avenue
Pennington, New Jersey

Case Number 19-29807

**FILED**
JEANNE A. NAUGHTON, CLERK
APR 15 2020
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

Last four digits of SSN:  7777
Chapter 13

Chapter 7

PAID
$298.00

## NOTICE OF APPEAL

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Addendum / Attached to the Official Form filed.

Arthur Richard Stout, Jr., the Debtor, appeals under 28 U.S.C. 158(a) or (b) from the Order of the Bankruptcy Judge, such order being **ORDER CONFIRMING ABSENCE OF AUTOMATIC STAY AND PROVIDING PROSPECTIVE IN REM RELIEF** on April 6, 2020. Such Order is filed today as a part of this filing.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

LAW OFFICES OF WEISHOFF AND RICHARDS, LLC
Travis Richards   Nicolas Rotsides
141 High Street
Mount Holly, New Jersey 08060
FAX  609-267-1305
EMAIL for Travis J. Richards and Nicolas Rotsides
Travis@WRlegal.com
Nick@WRlegal.com
mail@weishoffandrichards.com

Dated: 4/15/2020

Signed: _____
**ARTHUR RICHARD STOUT, JR.**
132 West Welling Avenue
Pennington, New Jersey 08534
Tel 609-737-2377

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

PLEASE COMPLETE THIS FORM AND ENCLOSE WITH YOUR CHECK OR MONEY ORDER (NO CASH) IN THE ENVELOPE PROVIDED.

UNITED STATES OF AMERICA

v. _____   USBC

CASE NO. _____   19-29807

RECEIVED FROM: _____

MAILING ADDRESS: _____ ARTHUR Richard

_____   STOUT JR

_____

AMOUNT: _____

CHECK OR MONEY ORDER NUMBER: _____ Appeal

DATE: _____   fee

If you wish a copy of the receipt sent to you, please provide your e-Mail below.

e-Mail: _____

If you have any questions, please contact the Finance Department at (609) 989-0468.

Arthur Richard Stout, Jr.
132 West Welling Avenue
Pennington, New Jersey 08534

The Honorable Kathryn C. Ferguson
UNITED STATES BANKRUPTCY COURT
District of New Jersey
402 E. State Street
Trenton, New Jersey

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 15 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

# United States Bankruptcy Court

## Trenton    District of New Jersey

IN RE:  Arthur Richard Stout, Jr.       :
                                        :
132 West Welling Avenue                  :      Case Number  19-29807
Pennington, New Jersey                   :
                                        :
Last four digits of SSN:  7777           :      Chapter 7
Chapter 13                               :

## CERTIFICATION for NOTICE OF APPEAL / NOTICE OF APPEAL AND STATEMENT OF ELECTION filed with The Court today.

I certify that the above statements, and that all statements in all documents served

today are true and that if any of the statements are willingly false, I am subject to punishment.

4/15/2019    _[signature]_  **ARTHUR RICHARD STOUT, JR.**

NOTE:  For ANY SIGNATURE, BOLD printed name constitutes signature for email transmission of this letter. Ink Signed Original was filed with United States Bankruptcy Court.

Arthur Richard Stout, Jr.  April 15, 2020
132 West Welling Avenue
Pennington, New Jersey 08534
(609) 737-2377
a27777waikiki007@msn.com
artiestout@yahoo.com

**FILED**
JEANNE A. NAUGHTON, CLERK

APR 15 2020

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

**CLERK OF THE COURT**
UNITED STATES BANKRUPTCY COURT
District of New Jersey
402 E. State Street
Trenton, New Jersey 08608

DEBTOR:   ARTHUR RICHARD STOUT JR
                     CASE No:   19-29807-KCF
                     CHAPTER:  7
                     JUDGE:        Kathryn C. Ferguson

Dear Clerk of the Court:

Enclosed please find **STATEMENT OF APPEAL AND NOTICE OF ELECTION.**

As

Form 417A as 2 pages, my Addendum to form 417A as 3 pages and the Order being appealed as 2 pages.

And as

$298.00 MONEY ORDER for the filing fee.

This Appeal is being filed Wednesday April 15, 2020 and the Order was signed by Hon Ferguson on April 6, 2020. If there is anything more required for this filing please do contact me. I believe all my papers for this filing are in order.

Thank You,

Sincerely,

Arthur Richard Stout, Jr.

WP FILE H: COVER LETTER for 19 29807 NOTICE OF APPEAL AS FILED 4 15 2020