# CERTIFICATION OF SERVICE

I certify that on April 15, 2020 I sent this entire document to the parties below:

| | |
|---|---|
| The Honorable Kathryn C. Ferguson<br>UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br>402 E. State Street<br>Trenton, New Jersey 08608 | BY: HAND DELIVERY TO USBC<br><br>**FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>APR 15 2020<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY _____ DEPUTY |
| DANIEL E. STRAFFI<br>TRUSTEE<br>670 COMMONS WAY<br>TOMS RIVER, NEW JERSEY  08755<br>FAX 1-732-341-3548<br>bktrustee@straffilaw.com | By FAX, email, US MAIL |
| LAW OFFICES OF WEISHOFF AND RICHARDS, LLC<br>Travis Richards   Nicolas Rotsides<br>141 High Street<br>Mount Holly, New Jersey 08060<br>FAX  609-267-1305<br>EMAIL for Travis J. Richards and Nicolas Rotsides<br>Travis@WRlegal.com<br>Nick@WRlegal.com<br>mail@weishoffandrichards.com | By FAX, email, US MAIL<br>US MAIL CERTIFIED |

I swear to the truth of this statement and that all statements in all documents served today are true and that if any of the statements are willingly false, I am subject to punishment.

4/15/2019          _____          **ARTHUR RICHARD STOUT, JR.**

NOTE:  For ANY SIGNATURE, BOLD printed name constitutes signature for email transmission of this letter. Ink Signed Original was filed with United States Bankruptcy Court.

WP File as: 19 29807 NOTICE OF APPEAL AS FILED 4 15 2020